IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAHSAAN DARDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CV-02-AR-1761-S |
| | ) | |
| AFL-CIO, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this action is due to be dismissed as untimely filed. An appropriate order will be entered.

DONE, this 27th day of September, 2002.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE